934

No. 83–1423.  POINTON v. DONOVAN, SECRETARY OF LABOR. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6297.  UNDERWOOD v. OHIO.  Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6268.  HORINE v. OREGON.  Ct. App. Ore.  Certiorari dismissed for want of a final judgment.

No. — – ——.  EUBANK v. LEE LUMBER CO., LTD., ET AL.;

No. — – ——.  GIVENS ET AL. v. UNITED STATES RAILROAD RETIREMENT BOARD;

No. — – ——.  LIBERTARIAN PARTY OF LOUISIANA v. BROWN, SECRETARY OF STATE OF LOUISIANA, ET AL.;

No. — – ——.  M. W. ZACK METAL CO. v. SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK, ET AL.; and

No. — – ——.  SANDUSKY REAL ESTATE, INC., DBA REAL ESTATE ONE, ET AL. v. MCDONALD ET UX.  Motions to direct the Clerk to file petitions for writs of certiorari that do not comply with the Rules of this Court denied.

No. — – ——.  TALAMINI, ADMINISTRATRIX OF THE ESTATE OF TALAMINI v. ALLSTATE INSURANCE CO.  Motion to direct the Clerk to file a jurisdictional statement that does not comply with the Rules of this Court denied.

No. — – ——.  CUTHBERTSON ET AL. v. BIGGERS BROTHERS, INC.  Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–790.  POLIN ET UX. v. JEWS FOR JESUS ET AL.  Sup. Ct. Okla.  Application for stay of mandate, addressed to THE CHIEF JUSTICE and referred to the Court, denied.